ERNEST J. THORILL, Respondent, v. ROLLIN HILLS, Appellant.— In an action against a physician for malpractice, order denying defendant's motion to vacate notice of examination modified by striking out items 1 and 6 and by striking out the word " negligently " in items 3, 4 and 5, and the words " ignorantly and negligently " in item 7, and as so modified affirmed, without costs; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ., concur. [See ante, p. 536.]

PAUL WITKUS, Respondent, v. LITHUANIAN " VIENYBE " PUBLISHING COMPANY, INC., and Others, Defendants; ANTONI KOSMOWSKI and Others, Appellants.— Action to set aside certain assignments and conveyances. Order denying motion to dismiss the complaint for failure to prosecute affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ., concur.

JACOB M. ZINAMAN, as Executor, etc., of HYMAN SILBERMAN, Deceased, Appellant, v. MORRIS ROZEN and Others, Respondents.— In an action to impress a trust upon a mortgage, judgment dismissing the complaint after trial unanimously affirmed, with one bill of costs to respondents. No opinion. Present— Lazansky, P. J., Carswell, Scudder, Tompkins and Johnston, JJ.

FRANCIS ZYDERVELD, Appellant, Respondent, v. REALTY SUPPLY CORPORATION, Respondent, Appellant.— Order granting plaintiff's motion to strike out defendant's second defense and counterclaim, denying plaintiff's motion to strike out the first defense, granting defendant's motion for judgment on the pleadings, and dismissing the complaint, modified by denying plaintiff's motion to strike out the defendant's second defense and counterclaim. As so modified the order is affirmed, with ten dollars costs and disbursements to defendant. No opinion. Young, Hagarty, Carswell and Scudder, JJ., concur; Lazansky, P. J., not voting.